ORIGINAL

Full Name/Prisoner Number
RICHARD BARRON #60591-080

P.O. BOX 4200 THREE RIVERS, TEXAS 78071

Complete Mailing Address

United States District Court
Southern District of Texas
FILED

JAN 2 8 2000

MICHAEL N. MILBY CLERK

# IN THE UNITED STATES DISTRICT COURT

Civil Action No. C-00-041
(To be supplied by the Court)

RICHARD BARRON #60591-080

________________________________, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v. MICHAEL A PURDY, WARDEN

STEVEN HARDMAN - CHIEF DENTIST, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. RICHARD BARRON (Plaintiff) is a citizen of TEXAS (State) who presently resides at P.O. BOX 4200, THREE RIVERS, TEXAS 78071 (mailing address or place of confinement).

2. Defendant MICHAEL A. PURDY (name of first defendant) is a citizen of TEXAS (State) whose address is P.O. BOX 4200, THREE RIVERS, TEXAS 78071, and who is employed as WARDEN - FCI THREE RIVERS, TEXAS (title and place of employment). At the time the claim(s)

Rev. 5/96

ClibPDF - www.fastio.com

alleged in this complaint arose, was this defendant acting under color of state law?
X Yes ___No. If your answer is "Yes," briefly explain: INJURY CAUSED BY THE NEGLIGENT OR WRONGFUL ACT OR MISSION BY MEDICAL STAFF AT FCI THREE RIVERS, WHILE ACTING WITHIN SCOPE OF THEIR OFFICE OR EMPLOYMENT.

3. Defendant STEVEN HARDMAN, DDS (name of second defendant) is a citizen of TEXAS (State)

whose address is P.O. BOX 4200, THREE RIVERS, TEXAS 78071

and who is employed as CHIEF DENTAL SERVICES. (title and place of employment). At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
X Yes ___No. If your answer is "Yes," briefly explain:

SAME AS ABOVE

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

___ 42 U.S.C. § 1983 (applies to state prisoners)

X *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

THIS IS A PERSONAL INJURY CLAIM FILED AS A RESULT OF POOR POST OPERATIVE CARE AT FCI THREE RIVERS IN TEXAS: AFTER A MEDICAL OPERATION THIS POOR POST/OPERATIVE CARE, OR AFTER CARE HAS CAUSED A SERIOUS INFECTION IN MY MOUTH.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: THAT BUREAU OF PRISONS STAFF GAVE PLANTIFF POOR POST/OPERATIVE CARE WHICH RESULTED IN AN INFECTION AT THE SURGICAL SITE.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

SEE ATTACHMENT TITLED AS CLAIM I

Claim II: THAT THE MEDICAL STAFF AT FCI THREE RIVERS DIDI NOT FOLLOW UP AND THERE WAS EXTREME LACK OF MEDICAL CARE.

Supporting Facts:

SEE ATTACHMENT TITLED AS CLAIM II

Rev. 5/96



ClibPDF - www.fastio.com

**ATTACHMENT**

**CLAIM I**

**SUPPORTING FACT:**

Plaintiff contends that on August 18, 1997, he received surgery to repair complications arising from a gunshot wound to the roof of the mouth suffered in 1983. Upon returning to FCI Three Rivers, Plaintiff requested but was denied post/operative medical care.

As a result, my mouth became infected and I lost tissue that had been implanted on the roof of the mouth. As a result of poor medical care I suffer from pain, dizzy spells, headaches, numbness, tearing of the eyes, and difficulty communicating.

ClibPDF - www.fastio.com

**ATTACHMENT**

**CLAIM II**

**SUPPORTING FACTS:**

In 1984, plaintiff was found guilty in violation of plaintiff's parole and was confined to state prison at Huntsville, Texas. During plaintiff's confinement, plaintiff was fitted with a partial plate, but the perforation still remains in plaintiff's mouth.

In 1993, plaintiff was sentenced to 151 months in federal prison system and was incarcerated at Three Rivers, Texas. During 1993, plaintiff went to the prison dentist, Doctor Steven Hardman, DDS, who was the Chief Dental Officer at the institution. Dr. Hardman sent plaintiff out several times to specialist, who worked on plaintiff's mouth at the University Hospital Health Center, located at 527 N. Leona, San Antonio, Texas.

On August 18, 1997, plaintiff underwent surgery to correct the problem in his mouth. **See attached Exhibit "(A)**

On March 21, 1997, a discharge report was prepared **See attached Exhibit "(B).** Once returned to Three Rivers, plaintiff requested Post-Operative care from the Medical Staff. The Medical Staff did not follow up and there was extreme lack of medical care.

Plaintiff's mouth became seriously infected, causing plaintiff loss of tissue implanted during the operation to close the fistula on the palate. These results were caused directly by the prison's lack of medical care living up to any reasonable standard.

ClibPDF - www.fastio.com

Claim III: N/A

Supporting Facts:

N/A

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes _X_No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number N/A

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) N/A

d. Issues raised: N/A

e. Approximate date of filing lawsuit: N/A

f. Approximate date of disposition: N/A



ClibPDF - www.fastio.com

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. X Yes ___ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

I FILED AN ADMINISTRATIVE TORT CLAIM SEE ATTACHED EXHIBIT

3. I have exhausted available administrative remedies. X Yes ___ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

I FILED AN ADMINISTRATED TORT CLAIM

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

Plaintiff(s): N/A

Defendant(s): N/A

b. Name and location of court and docket number N/A

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: N/A

e. Approximate date of disposition: N/A



ClibPDF - www.fastio.com

2. Are you in imminent danger of serious physical injury? ___ Yes X No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief: $10,000,750.00 FOR GROSS NEGLIGENCE, LACK OF PROPER MEDICAL CARE, AND FOR RECKLESS DISREGARD FOR THE WELFARE OF THE PATIENT.

**WHEREFORE;** THE PLAINTIFF DEMANDS JUDGMENT AGAINST THE DEFENDANTS JOINTLY, SEVERALLY AND FOR COMPENSATORY DAMAGES, PUNITIVE DAMAGES, ATTORNEY'S FEES, INTEREST AND COST OF LAWSUIT.

______________________________ Original signature of attorney (if any)

______________________________ Prisoner's Original Signature

RICHARD BARRON

P.O. BOX 4200

THREE RIVERS, TEXAS 78071

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at FCI THREE RIVERS, TEXAS (location) on ______________ (date).

______________________________ Prisoner's Original Signature



ClibPDF - www.fastio.com