United States District Court
Southern District of Texas
ENTERED

MAR - 9 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| V. | § | C.A. NO. C-00-41 |
| | § | |
| MICHAEL PURDY, ET AL. | § | |

## ORDER TO SHOW CAUSE

On February 1, 2000, Plaintiff was conditionally granted *in forma pauperis* status on the condition that he make an initial partial payment of $3.00 on his filing fee within thirty days (D.E. 4). He was advised that failure to pay the customary filing fee as required by the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, 110 Stat. 1321, may result in dismissal of his lawsuit (D.E. 5). On February 7, 2000, the Court reviewed Plaintiff's complaint and, finding that it had not been signed in accordance with Local Rule 2.C., the Court struck the complaint (D.E. 6). A notice was mailed to Plaintiff at the address provided to the Court.

To date, plaintiff has not paid the initial partial filing fee, nor has he signed the necessary consent forms to authorize TDCJ to withdraw the filing fee from his inmate trust account. Furthermore, he has not re-filed his complaint in a corrected form. Additionally, the notice mailed to Plaintiff on February 7, 2000, was returned to the Court unopened, indicating that Plaintiff may have failed to notify the Court of a change of address.

The initial partial filing fee may be paid in cash or the inmate may authorize the TDCJ-ID to withhold the initial fee, as well as the remainder of the filing fee, from his inmate trust account as funds are available. If plaintiff is unable to make a cash payment, he must sign an Inmate Request for Withdrawal Form available at his unit.

Plaintiff is ordered to show cause why his complaint should not be dismissed for want of prosecution. Plaintiff is advised that, to proceed with this suit, he must re-file his complaint and sign it, and sign an Inmate Request for Withdrawal Form, and any other consents required by TDCJ to authorize the necessary withdrawal from the plaintiff's inmate trust account. He must also file a change of address with the Court. Failure to comply within fourteen (14) days from the entry of this order may result in the dismissal of this action.

SIGNED this 7 day of March, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE