IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUL - 3 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| V. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL PURDY, ET AL | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On May 17, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Plaintiff's claims be dismissed without prejudice for want of prosecution, Fed. R. Civ. P. 41(b), and for failure to comply with the Prison Litigation Reform Act. 28 U.S.C. § 1915(b). Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Plaintiff's claims are dismissed without prejudice for want of prosecution, Fed. R. Civ. P. 41(b), and for failure to comply with the Prison Litigation Reform Act. 28 U.S.C. § 1915(b).

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 29th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE