IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| VS. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL PURDY, ET AL | § | |

### FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation, the Court renders final judgment dismissing Plaintiff's case without prejudice for want of prosecution, Fed. R. Civ. P. 41(b), and for failure to comply with the Prison Litigation Reform Act. 28 U.S.C. § 1915(b).

ORDERED this 29th day of June, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE