Richard Barron
No. 60591-080
Federal Corrections Institution
P.O. Box 7000, TX   75505

January 16, 2001

CLERK
U.S. District Court
101 U.S. Courthouse
521 Starr Street
Corpus Christi, TX   78401

United States District Court
Southern District of Texas
FILED

JAN 1 8 2001

MICHAEL N. MILBY CLERK

RE: Richard Barron v. Michael A. Purdy, et. al., Civil No. 2:00-CV-41.

Dear CLERK:

Peace from GOD !

Enclosed please find three (3) copies of receipt to demonstrate payment of "INITIAL PARTIAL FILING FEE", as advised (see letter and motion of 1/8/01 at p. 3, no. 3), which should suffice to prove compliance to PLRA. As per this letter, opposing parties were served by placing [same] in HANDS of official(s) here (F.C.I. Texarkana, TX), HOUSTON v. LACK, 101 L. Ed. 2d 245 (1998), affixed with first-class postage, pre-paid U.S. Mail. Should additional criteria need be met, please advise, at your earliest convenience.

Thanks for your assistance and cooperation to the utmost. If I can be of further assistance, PLEASE, do not hesitate to write. As always, I remain

Respectfully submitted,

*Richard Barron*

Richard Barron (pro-se)
No. 60591-080

cc: Mr. Michael A. Purdy,
    Mr. Steven Hardman
    P.O. Box 4100
      Three Rivers, TX   78701

13.

SEE, Motion (1/8/01, CV No. 2:00-CV-41) at p.3, no.3.

FRW O
FCI TEXARKANA

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**Request for Withdrawal of Inmate's Personal Funds**

Voucher No. CRC

(Name of Institution and Location)

Please charge to my account the sum of $3.00 ... and authorize the same to be paid to: U.S.D.C./CLERK
(Payee)
Corpus Christi, TX    78401    101 U.S. Courthouse, 521 Starr St.
(City)        (State)    (Zip)    (Street Address)

PLRA filing FEE, No. 2:00-CV-41
(Purpose)

Richard Barlow
(Signature of Inmate)

60591-080
(Register No.)

1-6-01
(Date)

(Payee's Signature)
(Approving Official)

Paid by cash on _____, 19___, $_____
USP LVN
(Commissary Clerk)

Previous editions not usable
**INMATES DUPLICATE COPY**

BP-199(45)
October 1979

_SEE, Motion (1/8/01, CV No. 2:00-CV-41) at p. 3, no. 3._

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Request for Withdrawal of Inmate's Personal Funds

Voucher No. 072C

(Date) 1-6-01

FCI TEXARKANA
(Name of Institution and Location)

Please charge to my account the sum of

Dollars: 3   Cents: 00

...and authorize the same to be paid to: U.S. D.C./CLERK
(Payee)

Corpus Christi, TX   78401
(City)   (State)   (Zip)

101 U.S. Courthouse, 521 Starr St.
(Street Address)

PLRA filing FEE- No. 2:00-CV-41
(Purpose)

Richard Barlow
(Signature of Inmate)

60591-080
(Register No.)

The inmate's personal account has been charged in the amount indicated above.

(Commissary Clerk)

(Payee's Signature)

(Approving Official)

Paid by cash on _____, 19___.

USP LVN

Previous editions not usable

INMATES DUPLICATE COPY

BP-199(45)
October 1979

SEE, Motion (1/8/01, CV No. 2:00-CV-41) at p.3, no.3.

FRW O
FCI. TEXARKANA

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

Voucher No. CRC

Request for Withdrawal of Inmate's Personal Funds

(Name of Institution and Location)

Date: 1-6-01

Please charge to my account the sum of $3.00 Dollars / Cents ... and authorize the same to be paid to: U.S. D.C. / CLERK  101 U.S. Courthouse, 521 Starr St.
(Payee)  (Street Address)

Corpus Christi, TX  78401  PLRA filing FEE - No. 2:00-CV-41
(City) (State) (Zip) (Purpose)

Richard Barlow
(Signature of Inmate)

60591-080
(Register No.)

The inmate's personal account has been charged in the amount indicated above.

(Commissary Clerk)

Paid by cash on _____, 19___,
USP LVN

(Payee's Signature)

(Approving Official)

Previous editions not usable

**INMATES DUPLICATE COPY**

BP-199(45)
October 1979