JUDGE PRESIDING: JANE COOPER-HILL

COURTROOM CLERK/ERO: Linda R. Smith

LAW CLERK: Karen Brock

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: Jan 24, 2001   OPEN: 9:00   ADJOURN: 9:18

TAPE: 1/25 - 1/596

~~CRIMINAL~~/CIVIL ACTION NO.: C-00-41

Richard Barron   §   Pro Se

§

VS.   §

Michael Purdy   §   Chuck Wendlandt

§

United States District Court
Southern District of Texas
FILED
JAN 24 2001
MICHAEL N. MILBY, CLERK

PROCEEDING: Case called for Conference Call. Court hears discussion of sequence of events. Pltff's request to have an inmate act as legal counsel for him, denied. Court to do M&R to District Judge. Pltff to have 10 days to file objections.
Hearing Concluded

14.