```
                                              United States District Court
                                              Southern District of Texas
                                                       ENTERED

      IN THE UNITED STATES DISTRICT COURT         MAR - 2 2001
       FOR THE SOUTHERN DISTRICT OF TEXAS
              CORPUS CHRISTI DIVISION         Michael N. Milby, Clerk of Court
```

RICHARD BARRON               §
                             §                    16.
V.                           §     C.A. NO. C-00-041
                             §
MICHAEL A. PURDY, ET AL      §

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
### TO RE-OPEN CASE

On January 2, 2001, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that Plaintiff's motion to reopen be granted and that his claims be reinstated, and that he be required to file a signed complaint and pay the initial $3.00 initial partial filing fee within 10 days of entry of an order adopting the recommendation. Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that Plaintiff's motion to reopen (D.E. 11) is granted and plaintiff's claims are reinstated. Plaintiff is required to file a signed complaint and pay the initial $3.00 initial partial filing fee within 10 days of entry of this order.

The clerk shall enter this order and provide a copy to all parties.

ORDERED this __27th__ day of February, 2001.

‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎_____
‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎JANIS GRAHAM JACK
‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎UNITED STATES DISTRICT JUDGE