United States District Court
Southern District of Texas
FILED

MAR 1 6 2001

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICHARD BARRON, <br>     Plaintiff, <br> v. <br> MICHAEL A. PURDY, ET AL | C. A. No. C - 00 - 041 |

RULE 201 MOTION FOR JUDICIAL NOTICE

COMES NOW, Richard Barron, hereinafter Plaintiff, in a *pro-se* capacity, HAINES v. KERNER, 92 S. Ct. 599 (1972), and moves this Honorable U.S. District Court for the Southern District of Texas - Corpus Christi Division, to take "Judicial Notice", pursuant to Rule 201 of the Federal Rules of Evidence, as follows:

1. On March 12, 2001, Plaintiff submitted (HOUSTON v. LACK, 101 L. Ed. 2d 245 (1988)) "Motion for Extension of Time" to *respond* to Court's ORDER of March 2, 2001,

2. As advised in [said] motion (at p. 1, no. 2), Plaintiff has forthwith procedurally forwarded the $3.00 initial partial filing fee (Exhibit A, attached), again, to ensure satisfying requisite criteria articulated in Court's ORDER (3/2/01), and

3. Being regardfully reiterative, Plaintiff advances this motion [solely] for good cause(s) demonstrated in submission of pleadings *filed* March 12, 2001 (at p. 2, no. 6).

WHEREFORE, PREMISES CONSIDERED, Plaintiff hopes and PRAYS that adjudication of this motion be *granted*, moreover, utilized in ameliorated prudence in

17.

support of "Motion" of March 12, 2001, being **granted** by ORDER, to [relief] diligently sought in accord, **therein**.

Respectfully submitted,

*Richard Barron*

Richard Barron  (pro-se)
No. 60591-080

DATE: March 13, 2001

CERTIFICATE OF FILING AND SERVICE

Pursuant to the principals of HOUSTON v. LACK, 487 U.S. 266, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988), and U.S. Supreme Court Rule 29.2, the attached documents were filed with this Court on 3/13/01 and served on counsel for the opposing party on this same date, by depositing the required number of originals and duplicates of said documents into the prison mail collection box, in sealed envelopes, first class U.S. Postage affixed and addressed to the Clerk of this Court and to opposing counsel at the addresses set forth in the Clerk's Record.

cc; Mailed to: *Mr. Michael A. Purdy /*
*Mr. Steven Hardman*
*P.O. Box 4100*
*Three Rivers, TX 78071*

The below signed litigant is incarcerated in the Federal Correctional Institute at *Texarkana, TX* and is filing the documents herein, pro-se.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT. Pursuant to 28 U.S.C. Section 1746, 18 U.S.C. Section 1621.

*Richard Barron*
Richard Barron (pro-se)
No. 60591-080

DATED: *March 13, 2001*

**EXHIBIT A**

UNICOR, FEDERAL PRISON INDUSTRIES, INC
LEAVENWORTH, KANSAS   Phone (913) 682-8700 ext 465

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

Time 12:21

**Request for Withdrawal of Inmate's Personal Funds**

Voucher No. ........

Please charge to my account the sum of

| Dollars | Cents |
|---|---|
| B 3 | CC |

Date 3/12/00

and authorize the same to be paid to: U.S. District Court for
(Name of Institution and Location) CLERK
(Payee)

Corpus Christi, Texas      78401      521 Starr St
(City)              (State)     (Zip)      (Street Address)

Richard Bivium   Filing fee    65910 RL
(Signature of Inmate)  (Purpose)  (Register No.)

The inmate's personal account has been charged in the amount indicated above

_____
(Approving Official)

_____
(Payee's Signature)
(Commissary Clerk)

Paid by cash on _____, 19____,
USP LVN

FCI Box 1000 C2 Texarkana Texas, 75565

Previous editions not usable
ORIGINAL

BP-199(45)
October 1979