IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAR 19 2001

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| RICHARD BARRON,<br>         Plaintiff,<br><br>v.<br><br>MICHAEL A. PURDY, ET AL | C. A. No. C - 00 - 41 |

MOTION FOR EXTENSION OF TIME

COMES NOW, Richard Barron, hereinafter Plaintiff, in a _pro-se_ capacity, HAINES v. KERNER, 92 S. Ct. 599 (1972), and moves this Honorable U.S. District Court to file "MOTION FOR EXTENSION OF TIME" in the above styled and numbered cause to submit ameliorated complaint for Court's prudent review. In support of this motion Plaintiff would show the following, to wit:

1. Plaintiff _not_ in receipt of Court's ORDER of March 2, 2001, until March 9, 2001 (F.C.I. Texarkana, TX),

2. Plaintiff has procedurally submitted requisite $3.00 initial partial filing fee (Exhibit No. 1), as advised in "Motion to Re-Open Case,...", _filed_ January 12, 2001 (at p. 3, no. 3), which _not_ as yet been _returned_, as before (Exhibits A and B attached to Motion of 1/12/01); but, Plaintiff [shall] forthwith inquire into matter _here_ and forward _another_ $3.00 initial partial filing fee to _this_ Court, as previously demonstrated (1/12/01, at p. 3, no. 3), to necessarily ensure being in compliance to Court's ORDER (3/2/01),

3. Plaintiff has been compelled to being encountered by myriad facets of adversity to attain present position,

4. Plaintiff, at this point, must proceed in a _pro-se_ capacity, with limited

18.

[time] to adequately research and feasibly perfect claim(s), though requisite(s) [shall] be met,

5. Plaintiff recognizes [no] objection(s) being made by opposing parties, to either, "Memorandum and Recommendation" of HONORABLE MAGISTRATE JUDGE JANE COOPER - HILL or ORDER (3/2/01) of HONORABLE JANIS GRAHAM JACK (U.S. D.C.), and

6. Plaintiff DECLARES this motion is not submitted for purposes of delay or harassment to the Court, agent(s) thereof, or otherwise; but, for good cause shown in interest of "justice fairness, public reputation...".

WHEREFORE, PREMISES CONSIDERED, Plaintiff hopes and PRAYS that this motion be granted and enter an ORDER granting the following [relief]:

1. Plaintiff's motion be granted, as submitted,

2. Allow Plaintiff twenty-one (21) days, or until a time that is convenient to the Court's docket, to feasibly perfect claim(s) for submission to Court,

3. Continue to endorse [all] correspondence, exhibited on outside envelope, "LEGAL MAIL - Open in presence of Inmate", to ensure receipt with sufficient [time] to respond,

4. To consider [any] abrupt transfer(s) initiated by B.O.P./DoJ in clandestine effort(s) to circumvent Plaintiff's pursuit of claim(s), and

5. Any other [relief this Honorable U.S. District Court deems "just and equitable".

Respectfully submitted,

*Richard Barron*
Richard Barron (pro-se)
No. 60591-080

DATE: March 12, 2001

2

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the principals of <u>HOUSTON v. LACK</u>, 487 U.S. 266, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988), and U.S. Supreme Court Rule 29.2, the attached documents were filed with this Court on 3/12/01 and served on counsel for the opposing party on this same date, by depositing the required number of originals and duplicates of said documents into the prison mail collection box, in sealed envelopes, first class U.S. Postage affixed and addressed to the Clerk of this Court and to opposing counsel at the addresses set forth in the Clerk's Record.

cc; Mailed to: Mr. Michael Purdy /
Mr. Steven Hardman
P.O. Box 4100
Three Rivers, TX 78071

The below signed litigant is incarcerated in the Federal Correctional Institute at Texarkana, TX and is filing the documents herein, <u>pro-se</u>.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT. Pursuant to 28 U.S.C. Section 1746, 18 U.S.C. Section 1621.

Richard Barron (pro-se)
No. 60591-080

DATED: March 12, 2001

EXHIBIT No. 1

DATE: 01/31/01
REGISTER NO: 60591090
NAME: BARRON, RICHARD ALVARADO
From: CANC U.S. TREA CK Quarters: Box No. C
TRANSACTION TYPE: U.S. TREASURY CHECK
AMOUNT: $3.00

Rep Voucher 0920

All negotiable instruments other than U.S. government checks, postal money orders, and checks from privately contracted correctional facilities are accepted subject to collection.

Original - To Accounting / COPY - To Inmate

RECEIVED FROM / DISBURSED TO
SIGNATURE OF RECEIVING OFFICER

FCI TEXARKANA LIMITED OFFICIAL USE
TRANSACTION NO. T10792
STATION NO: 25