UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | 19. |
| v. | § | C.A. NO. C-00-041 |
| MICHAEL A. PURDY, ET AL. | § | |

### ORDER

Plaintiff's Motion for Judicial Notice (D.E. 17) is GRANTED to the extent that the Court notes plaintiff's effort to pay the initial partial filing fee. Plaintiff is reminded that he is required to file a signed complaint (see D.E. 16), which has not yet been received by the clerk. Failure to do so may result in this case being dismissed.

ORDERED this 20 day of March 2001.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE