UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § § | 20. |
| v. | § | C.A. NO. C-00-041 |
| MICHAEL A. PURDY, ET AL. | § § | |

### ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME

Plaintiff seeks 21 additional days in which to file a signed complaint as required. (D.E. 18). Plaintiff has known since February 1, 2001, when he received the Memorandum and Recommendation, that he would be required to sign his complaint if the case was reinstated. He received the order reinstating the case on March 9, 2001. The requirement that he sign the complaint is not an invitation to re-draft, amend or otherwise alter his complaint; accordingly, the Court sees no need for such a lengthy delay. The signed complaint must be filed no later than April 2, 2001.

ORDERED this _21_ day of March 2001.


JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE