IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN - 4 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| Prisoner No. 60591-080 | | |
| V. | § | C.A. NO. C-00-041 |
| MICHAEL A. PURDY, ET AL. | § | |

## ORDER SETTING SPEARS HEARING
## BY TELEPHONE CONFERENCE

A telephone conference hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), is set in this case before the Court:

U. S. Magistrate Judge Jane Cooper-Hill
United States Courthouse
3rd Floor Courtroom #318
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401
(361) 888-3550

on **Wednesday, June 27, 2001, at 9:00 a.m.**

The United States Attorney's Office, Houston, Texas, is to initiate the telephone call through to Chambers at telephone number (361) 888-3550.

ORDERED this _____1_____ day of June 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE