JUDGE PRESIDING: __JANE COOPER-HILL__

COURTROOM CLERK/ERO: __Linda R. Smith__

LAW CLERK: __Karen Brock__

U. S. P. O.: _____

PRETRIAL SERVICES: _____

U S. MARSHAL: _____

INTERPRETER: _____

DATE: _June 27, 2001_  OPEN: _9:06_  ADJOURN: _9:34_

TAPE: _1/44 - 1/889_
_Digitally Recorded_

~~CRIMINAL~~/CIVIL ACTION NO.: _CA C-00-41_

_Richard Barron_ § _Pro Se_

§

vs. §

_Michael A. Purdy, et al_ § _Charles Wendland_

§

United States District Court
Southern District of Texas
FILED

JUN 27 2001

MICHAEL N. MILBY, CLERK

---

**PROCEEDING:** Case called for Spears Hearing by Conference Call. Court made enquiries of Plaintiffs. Court questions Pltff on what intentions were, either to file a Bivens Act claim or federal tort claim. Federal tort claim would require Pltff to sue the United States. If that is Pltff's ~~about~~ intention, he is to file Motion to Amend Complaint to add United States as a defendant.
Hearing concluded.

23.