UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| v. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL A. PURDY, ET AL. | § | |

## ORDER

At a hearing on June 27, 2001, plaintiff was advised that if he intends to pursue a claim under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., he must file a motion to amend his complaint to name the United States of America as a defendant. It is hereby

ORDERED that any such amendment must be filed no later than July 20, 2001.

ORDERED this ___10___ day of July 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE