United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
*CORPUS CHRISTI DIVISION*

RICHARD BARRON,              )
            Plaintiff,       )
vs.                          )   Case No. C-00-41
MICHAEL A. PRUDY, et al.,    )
            Defendants.      )

MOTION WITH LEAVE OF COURT TO AMEND COMPLAINT

COMES NOW Plaintiff pro se and per instruction of this Court pursuant to FRCiv.Proc. 15 et seq., for leave to amend the complaint to add the United States of America as a party to the action and the sole party.

WHEREFORE Plaintiff prays for the relief sought and the United States of America be named as the sole party to the action.

Respectfully submitted,

Dated: July 17, 2001

*Richard Barron*
Richard Barron
No. 60591-080

CERTIFICATE OF SERVICE

I certify that true and correct copy of the aforegoing was mailed postage prepaid to the :

AUSA Office
or/ Michael Purdy
P.O. Box 4100
Three Rivers, TX 78071



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States District Court
Southern District of Texas
ENTERED
JUL 1 1 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| v. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL A. PURDY, ET AL. | § | |

### ORDER

At a hearing on June 27, 2001, plaintiff was advised that if he intends to pursue a claim under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq., he must file a motion to amend his complaint to name the United States of America as a defendant. It is hereby

ORDERED that any such amendment must be filed no later than July 20, 2001.

ORDERED this __10__ day of July 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE