IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby, Clerk of Court

RICHARD BARRON,            )
       Plaintiff,     )
vs.                        ) Case No. C-00-41
MICHAEL PURDY, et al.,     )
       Defendants.    )

MOTION TO ISSUE SERVICE OF PROCESS

COMES NOW Plaintiff pro se and pursuant to FRCiv.Proc. 4 for service of process by the United States Mashals' service to Attorney General of the United States at 10th Constitution Ave N.W., Washington, D.C. 20534, as soon practicable.

Respectfully submitted,

Dated : July 17, 2001

Richard Barron
No. 60591-080



# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Richard Barron, No. 60591-080 | **COURT CASE NUMBER** C-00-41 |
| **DEFENDANT** Michael Purdy, et al | **TYPE OF PROCESS** summons & complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Attorney General John Ashcroft

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10th Constitution Ave NW, Washington DC 20524

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard Barron #
P.O. Box 7000
Texarkana, TX 75505

| | |
|---|---|
| Number of process to be served with this Form - 285 | 01 |
| Number of parties to be served in this case | 01 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

U.S. Marshal service

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Richard Barron      TELEPHONE NUMBER      DATE

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time am/pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)