Case 2:00-cv-00041  Document 29  Filed in TXSD on 07/23/2001  Page 1 of 1

NAME OF THE **DISTRICT** ___ OF COURT YOU ARE SEEKING ACTION IN — **TEXAS**
CITY AND STATE **SOUTHERN** DISTRICT — **CORPUS CHRISTI**

United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby, Clerk of Court

PETITIONER'S NAME: **Richard Barron**

vs.

RESPONDENT'S NAME: **Michael Purdy, et al.,**

YOUR CASE NUMBER: **C-00-41**

JUDGE'S NAME:

MOTION FOR APPOINTMENT OF COUNSEL

---

### STATEMENTS OF FACTS IN SUPPORT OF MOTION

COMES NOW THE PETITIONER **Richard Barron**, AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO APPOINT HIM COUNSEL PURSUANT TO U.S.C. TITLE 18 3006 (a).

In support of this Motion Petitioner submits the following:

1. That Plaintiff Petitioner is unable to defray the costs of the cause of action.

2. That Plaintiff Petitioner is a pauper within the meaning of Adkins v. DuPont, 331 U.S. _____.

3. That Plaintiff's complaints presents meritorious issues that contain substantial questions of both law and fact for review.

4. That Plaintiff has had no legal assistance on his case since _____ give the last date you had legal assistance on the case at bar.

5. Give any other information that would show why appointment of counsel is necessary.

### CONCLUSION

Plaintiff prays that this Honorable Court will appoint adequate legal counsel to help and assist me in this case, both to my satisfaction and that of the Court.

**28 USC 1746  July 17, 2001.**
NOTARY'S SIGNATURE

YOUR SIGNATURE
**Richard Barron**
**No. 60591-080**

SWORN TO AND SUBSCRIBED BEFORE ME THIS _____ DAY OF _____ 198__

SEND FOUR COPIES TO THE CLERK OF COURT IN THE DISTRICT