UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

*United States District Court
Southern District of Texas
ENTERED
JUL 2 6 2001
Michael N. Milby, Clerk of Court*

30.

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| v. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL A. PURDY, ET AL. | § | |

## ORDER

Plaintiff's Motion to Amend (D.E. 27) is GRANTED. The United States of America is named as a defendant in this case.

ORDERED this __25__ day of July 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE