```
                                              United States District Court
                                              Southern District of Texas
                                                      ENTERED
         UNITED STATES DISTRICT COURT            JUL 2 6 2001
          SOUTHERN DISTRICT OF TEXAS
            CORPUS CHRISTI DIVISION         Michael N. Milby, Clerk of Court
```

| | |
|---|---|
| RICHARD BARRON § | 31. |
| § | |
| v. § | C.A. NO. C-00-041 |
| § | |
| MICHAEL PURDY, ET AL. § | |

### ORDER

Plaintiff's Motion to Issue Service of Process (D.E. 28) is DENIED as moot. Service has been ordered this date.

ORDERED this ___25___ day of July 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE