IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| RICHARD BARRON<br>　FED. I.D. #60591-080 | §<br>§<br>§ | |
| V. | § | C.A. NO. C-00-041 |
| | §<br>§ | |
| MICHAEL PURDY, ET AL. | § | |

### ORDER FOR SERVICE OF PROCESS

With respect to the above-styled cause of action, it is ordered:

1. The Clerk of the Court shall issue summons and the U.S. Marshal shall serve copies of the complaint (DE #1), the Memorandum and Recommendation to Dismiss Eighth Amendment Claim and to Retain Case, and this Order upon the following defendants:

    (a) John Ashcroft
        Attorney General of the United States
        Constitution and Tenth Street, N.W.
        Washington, D.C. 20530

    (b) Gregory A. Serres
        U.S. Attorney, SDTX
        910 Travis St., Suite 1500
        P.O. Box 61129
        Houston, Texas 77208

    (c) Michael Purdy
        Warden, FCI Three Rivers
        P.O. Box 4200
        Three Rivers, Texas 78071

2. Defendants shall file their answer within sixty (60) days of their receipt of the complaint. In their answer, Defendants shall respond separately to each and every factual and legal allegation in Plaintiff's complaint. Defendants shall file any dispositive motions, including a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure, within one hundred and twenty (120) days after the date that Defendants' answer is due. Defendants shall submit, with

a business records affidavit, copies of any documents relevant to Plaintiff's claims and Defendants' defenses, including copies of any written rules, policies or procedures relevant to the alleged events forming the basis of this lawsuit. If Defendants fail to file any motions for dismissal and/or summary judgment within the one hundred and twenty (120) day time limit, a scheduling order will be entered and docket call will be held within sixty (60) days. Defendants and Plaintiff will each be required to file pretrial orders at docket call. The case will be scheduled for trial within two months of docket call.

Plaintiff will respond to Defendants' motions within forty-five (45) days of the date in which Defendants mailed Plaintiff his copy of the additional pleadings, as shown on the Defendants' certificate of service. Failure of Plaintiff to respond to Defendants' motion within the time limit will, if appropriate, result in granting of summary judgment in favor of Defendants.

3. Each party shall serve the other party, or his counsel, with a copy of every pleading, motion, or other paper submitted to the Court for consideration. Service shall be by mail to the other party. Every pleading, motion, or other document filed with the Clerk of the Court shall be signed by at least one attorney of record in his individual name, whose address shall be stated, or if the party is proceeding *pro se*, by said party, with address likewise stated. In the case of the *pro se* party, only signature by the *pro se* party will be accepted. If a layman signs a pleading, motion, or other document on behalf of the *pro se* party, it will not be considered by the Court.

Furthermore, every pleading, motion, or other document shall include on the original a signed certificate stating that the date a true and correct copy of the pleading, motion, or document was mailed and to whom mailed. Failure to mail a copy thereof as certified by the certificate will subject that party to sanctions by the Court. Sanctions may include, but are not limited to, automatic striking of the pleading, motion, or other document.

4. There will be no direct communication with the United States District Judge. Communications must be submitted to the Clerk of the Court with copies to the other party. <u>See</u> Rules 5(a) and 11 of the Federal Rules of Civil Procedure.

ORDERED this _25_ day of July, 2001.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE