# United States District Court

**Southern** DISTRICT OF **Texas**

**Corpus Christi Division**

R

Richard Barron, Plaintiff

V.

Michael Purdy, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA-C-00-41

United States District Court
Southern District of Texas
FILED

AUG - 3 2001

MICHAEL N. MILBY CLERK

TO: (Name and address of defendant)

Michael Purdy
Warden, FCI Three Rivers
P.O. Box 4200
Three Rivers, TX 78071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Barron
#60591-080
FCI Texarkana
P.O. Box 7000
Texarkana, TX 75505

01 JUL 26

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael N. Milby**                         July 26, 2001
CLERK                                         DATE

(BY) DEPUTY CLERK

35.

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Summons was mailed out Certified on 7/27/01 #70993220 0004 2551 7905 and received on 7/30/01

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-02-01
Date

Signature of Server: *James Toney* (signature)

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.