AO 440 (Rev. 10/93) Summons in a Civil Action



# United States District Court

Southern DISTRICT OF Texas

Corpus Christi Division

Richard Barron, Plaintiff

V.

Michael Purdy, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA-C-00-41 -1

United States District Court
Southern District of Texas
FILED

AUG 0 9 2001

MICHAEL N. MILBY CLERK

TO: (Name and address of defendant)

Gregory A. Serres
U.S. Attorney, SDTX
910 Travis St., Suite 1500
P.O. Box 61129
Houston, TX  77208

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Barron
#60591-080
FCI Texarkana
P.O. Box 7000
Texarkana, TX  75505

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                      July 26, 2001
CLERK                                                 DATE

_Ana R. Pz_
(BY) DEPUTY CLERK

36.