IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| V. | § | C.A. NO. C-00-041 |
| | § | |
| MICHAEL PURDY, et al | § | |

### FINAL JUDGMENT DISMISSING CERTAIN CLAIMS AND RETAINING CASE

Pursuant to the Court's Order Adopting Memorandum and Recommendation of Magistrate Judge, the Court enters final judgment dismissing Plaintiff's claims against Michael A. Purdy and Steven Hardman. Plaintiff's claim for negligence under the Federal Tort Claims Act is retained, without prejudice to any defense the United States may assert.

ORDERED this 7th day of August, 2001.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE