AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas

Corpus Christi Division

Richard Barron, Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CA-C-00-41 —1

Michael Purdy, et al.

United States District C...
Southern District of Texas
FILED
SEP 14 2001
MICHAEL N. MILBY CLERK

TO: (Name and address of defendant)

John Ashcroft
Attorney General of the United States
Constitution and Tenth Street, N.W.
Washington, D.C.  20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard Barron
#60591-080
FCI Texarkana
P.O. Box 7000
Texarkana, TX  75505

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby                                July 26, 2001
CLERK                                            DATE

_Sara L. H_ (signature)
(BY) DEPUTY CLERK

39.

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| E OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _Summons mailed Certified on 7/27/01 # 7099 3220 0004 2551 7899 and received return 7/31/01_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-13-01
                    Date

Signature of Server: _Mark A. Seguin_

U.S. Marshals Service
Address: 1133 N. Shoreline Blvd., Ste 109
Corpus Christi, TX 78401

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure