U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

OCT -3 01

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-41 |
| | § | |
| MICHAEL PURDY, et al., | § | |
| *Defendants* | § | |

## ANSWER

The United States of America, defendant, respectfully presents this answer to the complaint:

1.  Defendant admits that plaintiff filed a timely administrative tort claim and that it was denied by letter dated November 16, 1999, a copy of which is attached as <u>Exhibit B</u> to D.E. 21, at pgs. 12-13.  Plaintiff filed this suit on January 28, 2000, but did not add the United States as a defendant until after the six month period prescribed in 28 U.S.C. § 2401 had expired.  If the subsequent joinder of the United States relates back to that date, *see McGuire v. Turnbo*, 137 F.3d 321 (5th Cir. 1998), the Court has jurisdiction under 28 U.S.C. §§ 1346(b)(2) & 2671-2680.

2.  Defendant denies that it gave plaintiff poor post-operative care which resulted in an infection at the surgical site.

3.  Defendant avers upon information and belief that plaintiff's failure to

1

maintain a proper diet contributed to the difficulty in maintaining acceptable glucose levels and hampered the healing process. See Exhibit B to D.E. 21, at pg. 13.

4. Defendant denies that it breached a duty of care owed to plaintiff, and generally denies plaintiff's allegations of damages.

Wherefore, defendant prays that the complaint be dismissed.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____
CHARLES WENDLANDT
Assistant United States Attorney
Admissions I.D. Number: 12172
State Bar I.D. Number: 21171500
Wilson Plaza, Suite 1400
606 No. Carancahua
Corpus Christi, Texas 78476
Tel.: (361) 888-3111
FAX (361) 888-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to Richard Barron, Reg. No. 60591-080, FCI Texarkana, P.O. Box 7000, Texarkana, TX 75505, on October 3, 2001.

_____
CHARLES WENDLANDT

2