United States Courts
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | ) | |
| | ) | |
| v. | ) | C.A. NO. C-00-041 |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the Plaintiff, RICHARD BARRON, in a pro-se capacity, pursuant to, inter alia, 28 U.S.C. §2241 (c)(5), request that this honorable United States District Court for the Southern District of Texas - Corpus Christi Division issue a "Writ of Habeas Corpus Ad Testificandum" requiring Warden Suzanne B. Hastings to release to U.S.M. or bring Plaintiff Richard Barron before the Court for the trial to start on June 24, 2002, and states in support:

1. Presently, the Plaintiff is proceeding pro-se in this matter, however, the Court should and may deem appointment of counsel as being a "necessity",

2. Due to the "factual disputes" involved, Plaintiff's credibility upon testimony being offered should be thoroughly evaluated by both the Court and Jury, as to demeanor at trial,

3. As a "threshold matter", Plaintiff's testimony is critical to claim(s) which documents or other testimony could not fairly prove adequate,

4. Even if the Court should deem appointment of counsel a "necessity", Plaintiff's being at trial would yet prove apparent, as it is common for matters to arise unexpectedly which would require discussion(s) at this point,



5. Plaintiff's being present imposes <u>no</u> security threat towards the Court, any agent(s) thereof, or undue burdens upon B.O.P. custodian (F.C.I. Texarkana, TX), in interest of "fairness, justice, and equity" as to parties involved, as opposed to his appearance being <u>denied</u>, and

6. The purpose of this Petition is <u>not</u> intended to harass or delay the proceedings in Court, or towards any agent(s) thereof, or otherwise inappropriate, but <u>solely</u> pursued in "good-faith" as demonstrated above.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hope and PRAYS that the Court would <u>grant</u> the "Writ" and request that the defendant(s) bear the costs of the implementation of the terms of the "Writ", and/or any other <u>relief</u> deemed "fair and equitable", hereby.

Respectfully submitted,

*Richard Barron*
Richard Barron, <u>pro-se</u>
No. 60591-080

Date: *May 17, 2002*

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the principals of HOUSTON v. LACK, 487 U.S. 266, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988), and U.S. Supreme Court Rule 29.2, the attached documents were filed with this Court on 5/17/02 and served on counsel for the opposing party on this same date, by depositing the required number of originals and duplicates of said documents into the prison mail collection box, in sealed envelopes, first class U.S. Postage affixed and addressed to the Clerk of this Court and to opposing counsel at the addresses set forth in the Clerk's Record.

cc: Mailed to:  Mr. Charles Wendlandt                    Ms. Suzanne B. Hastings
                AUSA                                     Warden
                Wilson Plaza, Suite 1400                 P.O. Box 9500
                606 N. Carancahua                        Texarkana, Texas   75505-9500
                Corpus Christi, Texas   78476

The below signed litigant is incarcerated in the Federal Correctional Institute at Texarkana, Texas and is filing the documents herein, pro-se.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT. Pursuant to 28 U.S.C. Section 1746, 18 U.S.C. Section 1621.

*Richard Barron*
Richard Barron, pro-se
No. 60591-080

DATED: May 17, 2002