IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 23 2002

Michael N. Milby, Clerk of Court

| | |
|---|---|
| RICHARD BARRON ) | |
| ) | |
| v.  ) | C.A. NO. C-00-041 |
| ) | |
| UNITED STATES OF AMERICA ) | |

MOTION REQUESTING APPOINTMENT OF COUNSEL

Comes now the plaintiff, RICHARD BARRON, in a <u>pro-se</u> capacity and pursuant to 28 U.S.C. §1915 (d), et. seq., and/or 42 U.S.C. §1988 for appointment of counsel, e.g. <u>Kilgo v. Ricks</u>, 983 F.2d 189, 193-194 (11th Cir. 1993), and in support of:

1. Several attorneys were contacted, however, plaintiff was denied assistance upon <u>either</u> contingency fee(s) arrangement or refusal to confront the opposing government defendant,

2. The court ORDERED a Final Pretrial Conference scheduled for June 24, 2002 at 8:30 a.m. and Jury Selection and Trial, along with <u>each</u> side being "required to file a final pretrial order by 3:00 p.m. on Friday, June 14, 2002" (3/28/02),

3. At this critical stage, plaintiff is without knowledge of "Court Rules" of civil proceeding and to date does not have any person <u>here</u> (FCI Texarkana, TX) who could adequately assist in the necessary preperation and obtaining of relevant information, witnesses, etc., for proving to establish the "burden of proof",

4. Efficient discovery cannot be adequately met without the aid of competent counsel to "fairly" present and defend claim(s) and to complicate the matter, plaintiff would be yet incarcerated during proceedings and beyond, and

5. This motion is submitted in "good-faith" and not to harass or delay the honorable court, or any agent(s) thereof.

WHEREFORE, PREMISES CONSIDERED, having forthright advised the court as to <u>interalia,</u> existing impediments <u>hereby</u>, plaintiff diligently and respectfully seeks "equal access to justice", as it would be hoped and PRAYED for adequate <u>relief</u> sought herein and counsel be forthwith appointed to address matters, in accord, or any other relief deemed "just and equitable".

                      Respectfully submitted,

                      *Richard Barron*
                      RICHARD BARRON (pro-se)
                      No. 60591-080

Date: May 17, 2002

## CERTIFICATE OF FILING AND SERVICE

Pursuant to the principals of <u>HOUSTON v. LACK</u>, 487 U.S. 266, 101 L. Ed. 2d 245, 108 S. Ct. 2379 (1988), and U.S. Supreme Court Rule 29.2, the attached documents were filed with this Court on 5/17/02 and served on counsel for the opposing party on this same date, by depositing the required number of originals and duplicates of said documents into the prison mail collection box, in sealed envelopes, first class U.S. Postage affixed and addressed to the Clerk of this Court and to opposing counsel at the addresses set forth in the Clerk's Record.

cc; Mailed to:

Mr. Charles Wendlandt
AUSA
Wilson Plaza, Ste. 1400
606 N. Carancahua
Corpus Christi, TX 78476

The below signed litigant is incarcerated in the Federal Correctional Institute at Texarkana, Texas and is filing the documents herein, <u>pro-se</u>.

I DECLARE UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE FOREGOING IS TRUE AND CORRECT. Pursuant to 28 U.S.C. Section 1746, 18 U.S.C. Section 1621.

*Richard Barron*
Richard Barron, <u>pro-se</u>
No. 60591-080

DATED: May 17, 2002