United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Richard Barron | § | |
| VS. | § | CIVIL ACTION NO. C-00-41 |
| United States of America | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Motion Requesting Appointment of Counsel"         ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (LR11.3)

2. _x_ Pleading is not in compliance with LR11.3.A (1) thru (6) (Mailing address not provided)

3. ___ Caption of the pleading is incomplete (LR10.1)

4. ___ No certificate of service, or explanation why service is not required (LR5.4)

5. ___ No statement re conference w/opposing counsel (LR7.1.D)

6. ___ Separate proposed order not attached (LR7.1.C)

7. ___ Motion to consolidate is not in compliance with LR7.6

8. ___ Other:_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: May 29, 2002
re: D.E. #44/dr

_____
JUDGE PRESIDING

N:\STRIKE.ORD  020524 1306