UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON | § § § | |
| v. | § § § | C. A. NO. C-00-041 |
| UNITED STATES OF AMERICA | § | |

ORDER

Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum (DE #43) is DENIED as moot. The Court has already issued a writ for plaintiff's attendance at trial.

ORDERED this 29 day of May 2002.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE