IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN - 6 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| VS. | § | C.A. NO. C-00-041 |
| | § | |
| UNITED STATES OF AMERICA | § | |

47.

### ORDER

On May 21, 2002, Defendant filed a Motion to Dismiss for Lack of Jurisdiction (D.E. #42). Pursuant to the Court's Order for Service of Process, dispositive motions were to be filed within 120 days after the date the Defendant's answer was due. Defendant's Motion to Dismiss for Lack of Jurisdiction is therefore untimely and no request for leave of Court to file dispositive motions late was made. The Clerk is therefore ORDERED to strike Defendant's Motion to Dismiss for Lack of Jurisdiction from the record and notify the parties of such action.

ORDERED the ____ day of June, 2002.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE