IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN - 6 2002

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| RICHARD BARRON | § | |
| | § | |
| V. | § | C.A. NO. C-00-041 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## AMENDED ORDER

IT IS ORDERED that the above numbered and styled cause of action is set for Final Pretrial Conference and trial before the Court on June 24, 2002, at 8:30 a.m. Each side will be required to file a final pretrial order by 3:00 p.m. on Friday, June 14, 2002.

The Clerk will provide copies to the parties.

SIGNED the ____ day of June, 2002.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE