# CIVIL COURT MINUTES

**JUDGE PRESIDING:**   JANIS GRAHAM JACK

**CASE MANAGER:**   Sylvia Syler/Frances Rodriguez

**COURT RECORDER:**   Velma Gano

United States District **Court**
Southern District of **Texas**
FILED

JUN 24 2002

MICHAEL N. MILBY, CLERK

**LAW CLERK:**   Peter Moson

**U. S. C. S. O.:**   Kevin O'Barron

**U. S. MARSHAL:**   Keith Sikes

**INTERPRETER:**   n/A

**DATE:**   June 24, 2002       **OPEN:** 8:29 am       **ADJOURN:** 8:55 am

**TAPE:** #   1

**CIVIL ACTION NUMBER:**   CA-C-00-41

Richard Barron                                **COUNSEL:** Pro se

**VS.**

United States of America                      **COUNSEL:** Charles Wendlandt /
                                              Michael Sweeney, atty BOP

( X ) Bench Trial / FPTC

Case called. Appearance of counsel. Plaintiff Barron takes the stand.

Arguments heard.

Deft/Gov. Exh. admitted: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15.

No further wit. called.

Court rules on the fact that there's no preponderance on the evidence and Plaintiff didn't suffer any damages as a result of any action by the United States.

Court adjourned.

50