IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD BARRON, | § | |
| Plaintiff, | § § § | |
| VS. | § | Civil Action No. C-00-041 |
| UNITED STATES OF AMERICA, | § § § | |
| Defendant. | § § | |

### ORDER AND FINAL JUDGMENT

This action came on for trial before the Court on the 24th day of June, 2002. This Court FINDS that Plaintiff has failed to prove, by a preponderance of the evidence, any damages proximately caused by Defendant. Accordingly, the Court enters final judgment DISMISSING the above-styled action.

SIGNED and ENTERED this the 24th day of June, 2002.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE