# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 2 8 2003

Michael N. Milby, Clerk of Court

Richard Barron

§
§
§
§
§
§
§
§
§
§
§

vs.

United States of America

CASE NO. _C-00-41_

Charles Wendlant

## RECEIPT FOR WITHDRAWAL OF EXHIBITS

THIS WILL ACKNOWLEDGE RECEIPT OF THE FOLLOWING EXHIBITS:

(GOV'T)/ PLAINTIFF / DEFENDANT

| EXHIBIT NO: | DESCRIPTION |
| --- | --- |
| 1-15 | Please see attached copy of Exhibit List |
| | |
| | |
| | |
| | |
| | |
| | |

RECEIVED BY: _Chuste N Yoana_ DATE: _3/08/03_

ACKNOWLEDGED BY: _Frances Rodrigez_

52.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 4 2002

CASE NO. _____ C-00-41 _____

MICHAEL N. MILBY, CLERK

RICHARD BARRON _____ )(   Judge __Janis Graham Jack_____

)(

)(   Courtroom Deputy _Frances Rodriguez_

)(

vs.                                            )(   Court Reporter/Recorder _Velma Arwe_

)(

UNITED STATES OF AMERICA _____ )(   Proceeding: _Bench Trial / FPTC_

)(

)(   Date: _____06-24_____

)(   _Depts_

)(   Exhibit List of:  XXGovt . ~~Plntf~~ / ~~Deft~~

)(

Page __1__ of ____2__ Pages              )(   Attorney: _____Charles Wendlandt_____

| Exhibit no. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 1 | Hospital Discharge Notes 8/25/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 2 | Hospital's Official Report | ✓ | ✓ | | 2 4 JUN 2002 | |
| 3 | Medical Status form 8/25/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 4 | Medical Status form 8/26/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 5 | Progress Notes 8/29/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 6 | Progress Notes 9/12/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 7 | Chronological Care Notes 1/9/97 to 10/6/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 8 | Medication Profile Record | ✓ | ✓ | | 2 4 JUN 2002 | |
| 9 | Pill Line Records | ✓ | ✓ | | 2 4 JUN 2002 | |
| 10 | General History 10/9/97 | ✓ | ✓ | | 2 4 JUN 2002 | |

Page: ___2___  CA/CR No.:___C-00-41___

___BARRON___ vs ___UNITED STATES___

Exhibit List of: XX Govt. / Pltff./ Deft.

Attorney: ___Charles Wendlandt___

| Exhibit No. | Description | Marked | Offered | Object | Admitted | Not Admitted |
|---|---|---|---|---|---|---|
| 11 | General History Notes 12/17/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 12 | Surgical Record 10/26/98 | ✓ | ✓ | | 24 JUN 2002 | |
| 13 | Commissary Receipts 8/7/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 14 | Commissary Receipt 8/14/97 | ✓ | ✓ | | 2 4 JUN 2002 | |
| 15 | Commissary Receipts 8/28/97 & 9/11/97 | ✓ | ✓ | | 2 4 JUN 2002 | |